# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COOLTVNETWORK.COM, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 19-295-LPS |
| | ) |
| LIMELIGHT NETWORKS, INC., | ) |
| | ) |
| Defendant. | ) |

## DECLARATION OF KATE E. LAZARUS IN SUPPORT OF DEFENDANT LIMELIGHT NETWORKS, INC.'S MOTION TO DISMISS
## PLAINTIFF'S FIRST AMENDED COMPLAINT

|  |  |
|---|---|
|  | John W. Shaw (No. 3362) |
|  | Karen E. Keller (No. 4489) |
|  | SHAW KELLER LLP |
|  | I.M. Pei Building |
|  | 1105 North Market Street, 12th Floor |
|  | Wilmington, DE 19801 |
| OF COUNSEL: | (302) 298-0700 |
| Asim Bhansali | jshaw@shawkeller.com |
| Kate E. Lazarus | kkeller@shawkeller.com |
| KWUN BHANSALI LAZARUS LLP | *Attorneys for Defendant* |
| 555 Montgomery Street, Suite 750 | |
| San Francisco, CA 94111 | |
| (415) 630-2350 | |

Dated: May 31, 2019

I, Kate E. Lazarus, declare and state as follows:

1. I am a partner at Kwun Bhansali Lazarus LLP, counsel of record for Defendant Limelight Networks, Inc. I am admitted to the practice of law in California. I have personal knowledge of the facts and matters stated herein, and, if called upon to testify as a witness, could and would testify competently thereto.

2. Limelight Networks, Inc. respectfully requests that this Court take judicial notice of the following portions of the Patent Office prosecution history for U.S. Patent No. 7,162,696, which documents are submitted as exhibits with Limelight's concurrently-filed motion to dismiss: Exhibit A, a true and correct copy of the original patent application filed on June 8, 2001; Exhibit B, a true and correct copy of a March 20, 2006 Response; and Exhibit C, August 1, 2006 "After Final Amendment".

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 31, 2019 in San Francisco, California.

/s/ Kate E. Lazarus  
Kate E. Lazarus