IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COOLTVNETWORK.COM, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 19-295-LPS |
| | ) |
| LIMELIGHT NETWORKS, INC., | ) |
| | ) |
| Defendant. | ) |

**DEFENDANT LIMELIGHT NETWORKS, INC.'S**
**NOTICE OF SUBSEQUENT AUTHORITY**

Pursuant to District of Delaware Civil Local Rule 7.1.2(b), Defendant Limelight Networks, Inc. submits the attached opinion from *Bridge and Post, Inc. v. Verizon Communications, Inc., et al.,* United States Court of Appeals for the Federal Circuit, No. 2018-1697, dated July 5, 2019 (Ex. A), as subsequent authority in support of its Motion to Dismiss (D.I. 16). This non-precedential opinion addresses issues under 35 U.S.C. § 101 that are similar to those present in this case.

|  |  |
|---|---|
|  | */s/ Karen E. Keller* |
|  | John W. Shaw (No. 3362) |
|  | Karen E. Keller (No. 4489) |
|  | SHAW KELLER LLP |
|  | I.M. Pei Building |
|  | 1105 North Market Street, 12th Floor |
| OF COUNSEL: | Wilmington, DE 19801 |
| Asim Bhansali | (302) 298-0700 |
| Kate Lazarus | jshaw@shawkeller.com |
| KWUN BHANSALI LAZARUS LLP | kkeller@shawkeller.com |
| 555 Montgomery Street, Suite 750 | *Attorneys for Defendant* |
| San Francisco, CA 94111 |  |
| (415) 630-2350 |  |

Dated: July 11, 2019

1